UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY L. QUANTZ,                              Case No. 05-71933

        Plaintiff,                    District Judge Marianne O. Battani
                                             Magistrate Judge R. Steven Whalen
v.

MDO MEDICAL, INC.,
d/b/a CORI CENTERS FOR
OBESITY RELATED ILLNESS,

        Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #17], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons and under the terms stated on the record on March 7, 2006, Plaintiff's motion is GRANTED. All discovery produced pursuant to this order shall have the names of individual patients redacted, and shall be subject to the protective order previously entered in this case.

Discovery provided pursuant to this Order shall be produced within 30 days of the date of this Order. Plaintiff's deposition shall be adjourned until after said discovery material has been produced, and Defendants' depositions shall not be held until after Plaintiff's deposition is completed.

        SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 8, 2006.

S/Gina Wilson
Judicial Assistant