# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARY L. QUANTZ,

       Plaintiff,

v.

       Case No. 05-71933
       HON. MARIANNE O. BATTANI

MDO MEDICAL, INC., d/b/a CORI CENTERS
FOR OBESITY RELATED ILLNESS,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on October 6, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Plaintiff's Motion For Leave to Amend Complaint is **GRANTED. IT IS FURTHER ORDERED** that the case is **REMANDED** to Macomb County Circuit Court.

**IT IS SO ORDERED.**

       s/Marianne O. Battani
       MARIANNE O. BATTANI
       UNITED STATES DISTRICT JUDGE

DATED:   November 28, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or via the ECF Court System.

       s/Bernadette M. Thebolt
       DEPUTY CLERK